COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-21-00624-CV

Style:                                      Sandra  L. McGarry v. The Houston Firefighters Relief and Retirement  Fund, Brett Robert Besselman in his capacity of Chair of the Board of Trustees od The Houston Firefighters Relief and Retirement Fund, and the Board of Trustees of The Houston Firefighters Relief and Retirement Fund

Trial Court Case Number:      2020-80333

Trial Court:                            61st District Court of Harris County

Type of Motion:                     Objection to Mediation

Party Filing Motion:              Appellee

     Appellee has objected to mediation.  The Court's mediation order dated December 1, 2021 is withdrawn.

Judge's signature: /s/ Gordon Goodman
             Acting individually

Date:   December 7, 2021

---

\*       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).